NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: NOBLE SYSTEMS CORPORATION,**
*Appellant*

---

2019-1252

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/950,907.

---

Before DYK, MOORE, and HUGHES, *Circuit Judges*

PER CURIAM.

## O R D E R

IT IS ORDERED THAT:

In this case, the Board affirmed the Examiner's rejection of claims 1–7 and 9–21 of U.S. Patent Application No. 13/950,907. We affirm the Board on the ground that the claims are patent ineligible under 35 U.S.C. § 101.

FOR THE COURT

February 10, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court